IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-cr-40057-MJR |
| ) | |
| MICKOLENA BOZARTH, *et al.*, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT GRAVES' GUILTY PLEA**

**REAGAN, District Judge:**

On June 15, 2007, the parties appeared before the Honorable Clifford J. Proud, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Graves entered a guilty plea to Count 1 of the Superseding Indictment (Doc. 26).

By Report filed June 18, 2007, Judge Proud recommends that the undersigned District Judge accept Defendant Graves' guilty plea, find Defendant Graves guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein (Doc. 216). The parties were given an opportunity to object to Judge Proud's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Proud's Report and Recommendation (Doc. 216), **ACCEPTS** Defendant Graves' guilty plea, and **ADJUDGES** Graves guilty of Count 1 of the Superseding Indictment (Doc. 26).  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally,  **SENTENCING** remains set for <u>**October 26, 2007 at 1:30 PM.**</u>

**IT IS SO ORDERED.**

**DATED this 12th day of July, 2007.**

<u>s/Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**